UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

DEIMAR GOMEZ BEOMONT,                                              Petitioner,

v.                                                    Civil Action No. 4:26-cv-387-DJH

MARKWAYNE MULLIN, Secretary,
Department of Homeland Security et al.,                         Respondents.[1]

\* \* \* \* \*

## **ORDER**

Petitioner Deimar Gomez Beomont, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)     The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)     The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Jason Woosley.

(3)     The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4)     **On or before June 8, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)     Petitioner may file a reply **on or before June 9, 2026**.

---

[1] This matter was transferred from the Southern District of Indiana.  (*See* Docket No. 8)  Because the previous briefing deadlines have passed (*see* D.N. 5), the Court will set new briefing deadlines. Additionally, because the petitioner is detained at the Grayson County Detention Center (*see* D.N. 7, PageID.48 ¶ 3), the Court will order that the docket be modified to reflect that Jason Woosley is the Grayson County Jailer. *See, e.g.*, *Salinas v. Woosley*, No. 4:25-cv-121-DJH, 2025 WL 3243837, at \*1 (W.D. Ky. Nov. 20, 2025).

1

(6)     If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before June 8, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Grayson County Detention Center.   Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

(7)     The Clerk of Court is **DIRECTED** to correct the docket of this matter to reflect that Respondent Jason Woosley is Jailer of the Grayson County Detention Center.

June 5, 2026

**David J. Hale, Chief Judge**
**United States District Court**

2